Circuit denied. *Solicitor General Reed* for the United States. *Messrs. J. C. James* and *Bruce Scott* for respondent.

No. 1043. CRAIG *v.* UNITED STATES; and

No. 1044. WEINBLATT *v.* SAME. June 1, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Mark L. Herron, Aloysius I. McCormick,* and *John Walsh* for petitioners. *Solicitor General Reed, Assistant Attorney General Mc-Mahon,* and *Mr. Wm. W. Barron* for the United States.

No. 1046. J. V. LANE & Co., INC., *v.* THE CALIFORNIAN. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Neil P. Cullom* for petitioner. *Mr. L. deGrove Potter* for respondent.

No. 1068. WILLIAMS BROTHERS WELL TREATING CORP. *v.* DOW CHEMICAL Co. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Nathan A. Gibson, James H. Maxey,* and *Wilbur J. Holleman* for petitioner. *Messrs. Arthur C. Brown, Russell Wiles,* and *George A. Chritton* for respondent.